| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>Tony W. Wong (CA Bar No. 243324)<br>DAVID & RAYMOND I.P. LAW FIRM<br>388 E. Valley Blvd., Suite 223<br>Alhambra, CA 91801<br>Tel.: (626) 447-7788 | FILED<br><br>13 OCT 28 PM 1:48<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY: _____ |
| ATTORNEYS FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY TRADING INC., a California corporation,<br><br>                                  Plaintiff(s),<br>v.<br><br>CTS WHOLESALE LLC, an Oregon limited liability company; KIRK BACHELDER, an individual; and unknown websites 1-50; and John Does 1-50, inclusive,<br>                                  Defendant(s) | CASE NUMBER: CV13-7944 RGK (Ex)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  SOUTH BAY TRADING, INC., Plaintiff
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                                                    **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

There are no interested parties other than the named Plaintiff:
SOUTH BAY TRADING INC., a California corporation
and named Defendants: CTS WHOLESALE LLC, an Oregon
limited liability company, and KIRK BACHELDER, an
individual

October 10, 2012
Date

Sign [signature]

Tony W. Wong
Attorney of record for or party appearing in pro per

CV-30 (04/10)                                   NOTICE OF INTERESTED PARTIES